IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

BROOKLYNN OGLESBY,

    *Plaintiff*,

v.                                                    Civil Action No. 5:21-cv-00221

FLYNN RESTAURANT GROUP LP;
PAN AMERICAN GROUP LLC; and
PAN PENNSYLVANIA LLC, d/b/a
Panera Bread,

    *Defendants.*

## NOTICE OF DISMISSAL

    Plaintiff Brooklynn Oglesby, by counsel, hereby notices the dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Since filing this action, Plaintiff has become aware of an arbitration agreement that covers her claims.

    WHEREFORE, Plaintiff hereby notices the dismissal of this action without prejudice under Rule 41(a)(1)(A)(i).

BROOKLYNN OGLESBY,

Plaintiff.

By Counsel:

  */s/ Richard W. Walters*
Richard W. Walters (WVSB #6809)
rwalters@shafferlaw.net
Carl W. Shaffer (WVSB #13260)
cshaffer@shafferlaw.net
SHAFFER & SHAFFER, PLLC
P.O. Box 3973
Charleston, West Virginia 25339
Tel: 304.344.8716